In the Matter of the Arbitration between SEYMOUR L. MANTELL et al., Appellants, and UNIPAK AVIATION CORPORATION, Respondent.—

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.